DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA THOMAS SULLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0013

[March 12, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502017CF010428AXXXMB.

Joshua Thomas Sullins, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***